No. 11–10238.  JONES *v.* BONEVELLE.  C. A. 6th Cir.  Certiorari denied.

No. 11–10240.  JOHNSON *v.* MISSISSIPPI.  C. A. 5th Cir.  Certiorari denied.

No. 11–10242.  WATKINS *v.* TEXAS.  Ct. App. Tex., 9th Dist.  Certiorari denied.

No. 11–10243.  YOUNG *v.* GEORGIA.  Sup. Ct. Ga.  Certiorari denied.

No. 11–10244.  ADKINS *v.* ARMSTRONG ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 11–10245.  ARUANNO *v.* MAIN ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 11–10247.  MULLINS *v.* UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 11–10249.  STOKLEY *v.* RYAN, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS.  C. A. 9th Cir.  Certiorari denied.

No. 11–10250.  COLLIER *v.* BLAGOJEVICH ET AL.  C. A. 7th Cir.  Certiorari denied.

No. 11–10251.  DAVIS *v.* CALIFORNIA.  Ct. App. Cal., 1st App. Dist.  Certiorari denied.

No. 11–10252.  GORBATOVA *v.* HARTSTEIN ET AL.; and
No. 11–10253.  GORBATOVA *v.* HARTSTEIN ET AL.  C. A. 1st Cir.  Certiorari denied.

No. 11–10255.  CLAYTON *v.* TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 11–10257.  BOSTON *v.* NEVADA.  Sup. Ct. Nev.  Certiorari denied.

No. 11–10259.  PRYCE *v.* JACQUEZ, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 11–10261.  WAUGH *v.* SOUTHEASTERN GUN CO.  C. A. 4th Cir.  Certiorari denied.